FILED
2009 SEP 30 AM 10: 14
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ JB _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARIA SANCHEZ § | |
| Plaintiff § | |
| § | |
| v. § | Cause No.  EP09CV0155DB |
| § | |
| NELSON WATSON & § | |
| ASSOCIATES, LLC; § | |
| LIBERTY MUTUAL INSURANCE § | |
| COMPANY; § | |
| and JOHN and/or JANE DOES 1-10 § | |
| Defendants § | |

## FINAL JUDGMENT

On this day, Plaintiff filed a "Stipulation of Dismissal", pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Therein, Plaintiff MARIA SANCHEZ advises the Court that she voluntarily dismisses, with prejudice, the above-captioned cause. The Court is of the opinion that voluntary dismissal is appropriate. Therefore, the Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause be, and hereby is, **DISMISSED WITH PREJUDUCE.**

**IT IS FUTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

**IT IS FINALLY ORDERED** that the Clerk shall close this matter.

SIGNED and ENTERED on this 30th day of SEPT., 2009.

DAVID BRIONES
UNITED STATES DISTRICT JUDGE